**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

**JOHN MIGUEL SWAN #26558-064** **CASE NO. 26-cv-1372 SEC P**

**-vs-** **JUDGE DRELL**

**FEDERAL BUREAU OF PRISONS ET AL** **MAGISTRATE JUDGE PEREZ-MONTES**

---

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 8), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 17th day of August 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**